# Court of Appeals
# of the State of Georgia

ATLANTA,  September 12, 2016

*The Court of Appeals hereby passes the following order:*

**A17I0007.  JUSTIN SANTIAGO-PEREZ v. THE STATE.**

Defendant Justin Santiago-Perez seeks interlocutory review of the superior court's July 21, 2016 order denying his motion to transfer this criminal prosecution to the juvenile court.  The trial court issued a certificate of immediate review on Tuesday, August 2, 2016.  We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal.  See OCGA § 5-6-34 (b); *Wilcher v. Confederate Packaging, Inc.*, 287 Ga. App. 451, 452 (1) (651 SE2d 790) (2007) ("A certificate of immediate review of a court order must be signed by the trial judge and filed with the clerk of the trial court within ten days of the entry of the interlocutory order sought to be appealed.").  Here, the certificate of immediate review was untimely, as it was issued 12 days after entry of the order denying Santiago-Perez's motion to transfer.  Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 09/12/2016

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____, *Clerk.*